UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

CALVIN BETHLEY

CRIMINAL ACTION

NO. 08-182-JJB-RLB

## RULING AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the court on the Defendant Calvin Bethley's Motion (doc. 37) to Vacate, Set Aside, or Correct His Sentence Pursuant to 28 U.S.C. § 2255. The Magistrate Judge found that Defendant Bethley's Motion (doc. 37) to Vacate, Set Aside, or Correct should be denied. Upon reviewing the Magistrate Judge's Report and Recommendation and the parties' respective briefings on the matter, the Court hereby **AFFIRMS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (doc. 40).

Signed in Baton Rouge, Louisiana, on October 1st, 2013.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA